**Abdur R.H. MUHAMMAD,
Plaintiff—Appellant,**

v.

**Bobby HARLESS, Superintendent, Wilkes Correctional Center; Sergeant Cox, Defendants—Appellees.**

No. 08–6313.

United States Court of Appeals, Fourth Circuit.

Submitted: May 22, 2008.

Decided: May 30, 2008.

Abdur R.H. Muhammad, Appellant Pro Se.

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdur R.H. Muhammad appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Muhammad v. Harless,* No. 5:08–cv–00015–GCM, 2008 WL 496059 (W.D. N.C. Feb. 21, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*